NO. 07-04-0058-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JUNE 22, 2006

_____


GREGORY SHAWN BRYANT AND LINSEY KAY BRYANT,
INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE
OF KENNALEE D'LIN BRYANT, A DECEASED MINOR, APPELLANTS

v.

ERIC NICHOLAS LEVY, M.D., AMARILLO AREA HEALTHCARE
SPECIALISTS, L.L.P., NORTHWEST TEXAS HEALTHCARE
SYSTEM, INC., APPELLEES

_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 89,510-E; HON. ABE LOPEZ, PRESIDING

_____

Before QUINN, C.J., REAVIS, J., and BOYD, S.J.[1]

**ON MOTIONS FOR REHEARING**

For the reasons expressed in this court's original opinion, I remain convinced that

all the motions for rehearing should be denied. To the majority's decision to grant the

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by
assignment. Tex. Gov't Code Ann. §75.002(a)(1) (Vernon 2005).

motion for rehearing filed by Eric Nicholas Levy, M. D., and the Amarillo Area Healthcare

Specialists, L.L.P. (AAHS), I respectfully dissent.


John T. Boyd
Senior Justice